CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for
RKs
JUL 24 2009
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| HAROLD L. WALLER, <br>     Plaintiff, | ) Civil Action No. 7:09-cv-00249 <br> ) <br> ) |
| v. | ) **ORDER** <br> ) |
| T. RAY, et al., <br>     Defendants. | ) By: Hon. Jackson L. Kiser <br> ) Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); all pending motions are **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 24th day of July, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge